IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARTIN I. FRY, et al., <br> Plaintiffs, <br><br> v. <br><br> MIDDLETOWN TOWNSHIP, et al., <br> Defendants. | CIVIL ACTION NO. 02-2780 |

**O R D E R**

**AND NOW,** this 26th day of July, 2002, upon consideration of the attached request dated July 25, it is hereby **ORDERED** that the said request is **DENIED** with leave to renew at the pretrial conference on **July 31, 2002,** at 9:00 a.m.[1]

BY THE COURT:

_____
**MARVIN KATZ, J.**

---

1. The court does not wish to be arbitrary, but the early conference is often useful. If more time for discovery is needed, it will be provided at the conference.