IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARTIN I. FRY, et al.,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>MIDDLETOWN TOWNSHIP, et al.,<br>　　　Defendants. | CIVIL ACTION NO. 02-2780 |

**O R D E R**

**AND NOW,** this 17th day of September, 2002, upon consideration of defendants' Motion to Dismiss, and the response thereto, it is hereby **ORDERED** that the motion is **DENIED** with leave to renew by motion for summary judgment after the close of discovery. It is **FURTHER ORDERED** that the claims for punitive damages against Middletown Township and the individual defendants in their official capacity are **DISMISSED.**[1]

BY THE COURT:

_____
**MARVIN KATZ, S.J.**

---

1. See Newport v. Fact Concerts, Inc., 453 U.S. 247, 271 (1981) (holding that municipalities are immune from punitive damages awarded under 42 U.S.C. §1983); Gregory v. Chehi, 843 F.2d 111, 120 (3d Cir. 1988) ("Punitive damages cannot be recovered from defendants in their official capacities.").