# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN I. FRY                    :         CIVIL ACTION

    vs.

MIDDLETOWN TWP., et al           :         02-2780

## O R D E R

BEFORE **HONORABLE MARVIN KATZ,**

    AND NOW, this 2nd of OCTOBER, 2002, it is **ORDERED** that this case is fixed for a CIVIL JURY TRIAL to commence on **DECEMBER 9, 2002 at 10:00 AM** before the HONORABLE MARVIN KATZ, in Courtroom **13-B, 13th floor**, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.

ATTEST:                    or          BY THE COURT:

By: _____                 _____
    Elizabeth M. Purnell,                          MARVIN KATZ, S. J.
    Courtroom Deputy Clerk

Faxed: 10/2/02
    A. Jarrett, Esq., J. James, Esq.,
    J. Santarone, Jr., Esq.

Case 2:02-cv-02780-MK    Document 13    Filed 10/02/2002    Page 2 of 2