IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARTIN FRY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MIDDLETOWN TOWNSHIP, et al. | : | NO. 02-2780 |

### O R D E R

    AND NOW, this 12th day of December, 2002, IT IS ORDERED that the settlement conference in the above-captioned matter previously scheduled to be held on Thursday, December 12, 2002, at 10:00 a.m., IS HEREBY RESCHEDULED before the Honorable Jacob P. Hart, on **FRIDAY, JANUARY 10, 2003 at 10:00 a.m.**, in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

    The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, or if a corporation, an official of the corporation with settlement authority are required to attend the conference in person. If a party is more than one hundred miles from Philadelphia and prior permission is given by the court, the party may participate by telephone. The parties and counsel must be prepared to discuss settlement or other disposition of the matter.

 

                                                         DEBORAH FETTERS
                                                         DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:                                               Copies mailed to:
    A. Jarrett, Esq.; J. James, Esq.; J. Santarone, Jr., Esq.