IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REV. MARTIN FRY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MIDDLETOWN TOWNSHIP, et al. | : | NO. 02-2780 |

### O R D E R

AND NOW, this 13th day of February, 2003, upon consideration of Plaintiff's Motion to Compel Disclosures Required by Fed. R. Civ. P. 26, in which Plaintiff asserted that Middletown Township had filed no responses to its discovery requests, and Defendant Middletown Township's response thereto, in which it represents that it has now served discovery responses, it is hereby ORDERED that Plaintiff's Motion to Compel Disclosures, docketed in this case as Document No. 20, is DISMISSED AS MOOT without prejudice to Plaintiff's right to file a further motion based on the content of the responses, if necessary.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE