IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REV. MARTIN FRY | : | CIVIL ACTION |
| v. | : | |
| MIDDLETOWN TOWNSHIP, et al. | : | NO. 02-2780 |

O R D E R

AND NOW, this 19th day of March, 2003, upon consideration of Defendants' motion for partial judgment as a matter of law under Fed. R. Civ. Pr. 50, presented orally in court, with respect to that portion of Plaintiffs' case regarding Defendants' failure to permit him access to his heart medication, and upon consideration of Plaintiffs' reply thereto, it is hereby ORDERED that Defendants' motion is DENIED.

The legal issues raised by Defendants may be briefed by the parties in a motion to mold the verdict, after a verdict is entered, if the jury awards damages based on the alleged denial of heart medication.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE