IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN FRY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MIDDLETOWN TOWNSHIP, et al. | : | NO. 02-2780 |

## CIVIL JUDGMENT

Before the Honorable JACOB P. HART

AND NOW, this 25th day of March, 2002 , in accordance with jury verdict,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendants David W. Denton, Benjamin D. Cook, Stephen E. Forman, Michael J. Rosenstein and Scott W. Patrick and against plaintiffs Martin Fry and Carol Fry.

BY THE COURT

ATTEST:

Deputy Clerk

Civ 1 (8/80)