**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
BY: Joseph J. Santarone, Jr., Esquire
ID# 45723
Suite 1002, One Montgomery Plaza
Norristown, PA 19401
(610) 292-4444

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARTIN I. FRY, ET AL | : Civil Action No: 02-CV-2780 |
| v. | : |
| MIDDLETOWN TOWNSHIP, ET AL | : |

## TAXATION OF COSTS

Judgment having been entered in the above action on the 26th day of March, 2003, against Plaintiffs, the Clerk is requested to tax the following as costs per F.R.C.P. 54(d):

| | |
|---|---|
| Deposition Transcripts | $ 5,844.10 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case: | $ 1478.00 |
| Exhibits at trial/video services | $ 995.00 |
| Medical Records | $ 585.75 |
| Expert Reports | $ 7,475.00 |
| **TOTAL COSTS:** | **$ 16,377.85** |

STATE OF PENNSYLVANIA        :
                                                   : ss
COUNTY OF MONTGOMERY   :

     I certify under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed to the below listed individuals with postage fully prepaid thereon.

                                                                                                    JOSEPH J. SANTARONE, JR., ESQUIRE

Sworn to and Subscribed
Before me this          Day
Of                        ,
2003

_____
     NOTARY PUBLIC

Please take notice that I will appear before the Clerk who will tax said costs on

_____, 2003 at _____.

                                      MARSHALL, DENNEHEY, WARNER,
                                      COLEMAN & GOGGIN

                                      _____
                                      JOSEPH J. SANTARONE, JR., ESQUIRE
                                      Attorney for Defendants

Costs are hereby taxed in the amount of $_____ this _____ day of _____, 2003, and that amount included in the judgment.

_____
CLERK