IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARTIN I. FRY et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| MIDDLETOWN TOWNSHIP et al. | : | NO. 02-2780 |

## JUDGMENT

    **AND NOW**, this            day of ,                    2006, judgment is hereby entered in favor of defendants Middletown Township, David W. Denton, Benjamin D. Cook, Stephen E. Forman, Michael J. Rosenstein, Andrew Amoroso, Scott W. Patrick, Ken Mellus and against plaintiffs Martin I. Fry, Carol Fry in the amount of $8,902.85.

                                                                             S/ Michael E. Kunz
                                                                             MICHAEL E. KUNZ
                                                                             CLERK OF COURT