**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                          CIVIL ACTION
DR. MARTIN I. FRY, et al
                     Plaintiff(s)      NO. 02-2780

MIDDLETOWN TOWNSHIP, et al
                     Defendant(s)

**PRAECIPE TO MARK JUDGMENT SATISFIED**

**TO THE PROTHONOTARY:**

     Kindly mark the judgment against Plaintiffs in the above captioned matter marked satisfied upon payment of your costs only.

                                     Respectfully submitted,

                                     FRIEDMAN, SCHUMAN, APPLEBAUM,
                                     NEMEROFF & MCCAFFERY, P.C.

                     By:     /s/ Brian H. Smith, Esquire
                             Brian H. Smith, Esquire
                             Attorney for Middletown Township